IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUSSELL E. MARTIN et al., | |
| Plaintiffs, | |
| v. | 1:07-cv-326-WSD |
| CITY OF ATLANTA, GEORGIA and DENNIS L. RUBIN, | |
| Defendants. | |

## VERDICT FORM AND SPECIAL INTERROGATORIES TO THE JURY

## DEFENDANTS DENNIS L. RUBIN AND CITY OF ATLANTA

A. Liability to Plaintiff Russell E. Martin

Do you find by a preponderance of the evidence:

1. That Plaintiff Martin's race was a motivating factor in Defendant Rubin's failure to select Martin for promotion during the 2004 promotion cycle?

    Answer "Yes" or "No": _No_

    [NOTE: If you answered "No," do not answer Question Nos. 2, 3, or 4, and proceed to Paragraph B.]

2. That the denial of the promotion was the result of a "policy or custom" of the City of Atlanta?

    Answer "Yes" or "No": _____

3. That Plaintiff Martin be awarded damages to compensate him for

emotional pain and mental anguish?

    Answer "Yes" or "No": _____

    If your answer is "Yes," in what amount? $_____

4. If you enter an amount of compensatory damages, should punitive damages be entered against Rubin individually?

    Answer "Yes" or "No": _____

    If your answer is "Yes," in what amount? $_____

B. Liability to Plaintiff Michael Beckman

Do you find by a preponderance of the evidence:

1. That Plaintiff Beckman's race was a motivating factor in Defendant Rubin's failure to select Beckman for promotion during the 2007 promotion cycle?

    Answer "Yes" or "No": __No__

[NOTE: If you answered "No," do not answer Question Nos. 2, 3, or 4, and proceed to Paragraph C.]

2. That the denial of the promotion was the result of a "policy or custom" of the City of Atlanta?

    Answer "Yes" or "No": _____

3. That Plaintiff Beckman be awarded damages to compensate him for emotional pain and mental anguish?

    Answer "Yes" or "No": _____

    If your answer is "Yes," in what amount? $_____

2

4. If you enter an amount of compensatory damages, should punitive damages be entered against Rubin individually?

   Answer "Yes" or "No": _____

   If your answer is "Yes," in what amount? $ _____

C. Liability to Plaintiff Gregory L. Shinkle

Do you find by a preponderance of the evidence:

1. That Plaintiff Shinkle's race was a motivating factor in Defendant Rubin's failure to select Shinkle for promotion during the 2004 promotion cycle?

   Answer "Yes" or "No": ___No___

   [NOTE: If you answered "No," do not answer Question Nos. 2, 3, or 4, and proceed to Paragraph D.]

2. That the denial of the promotion was the result of a "policy or custom" of the City of Atlanta?

   Answer "Yes" or "No": _____

3. That Plaintiff Shinkle be awarded damages to compensate him for emotional pain and mental anguish?

   Answer "Yes" or "No": _____

   If your answer is "Yes," in what amount? $ _____

3

4. If you enter an amount of compensatory damages, should punitive damages be entered against Rubin individually?

   Answer "Yes" or "No": _____

   If your answer is "Yes," in what amount? $_____

D. Liability to Plaintiff Daniel F. O'Neill (2004 promotion cycle)

Do you find by a preponderance of the evidence:

1. That Plaintiff O'Neill's race was a motivating factor in Defendant Rubin's failure to select O'Neill for promotion during the 2004 promotion cycle?

   Answer "Yes" or "No": _NO_

[NOTE: If you answered "No," do not answer Question Nos. 2, 3, or 4, and proceed to Paragraph E.]

2. That the denial of the promotion was the result of a "policy or custom" of the City of Atlanta?

   Answer "Yes" or "No": _____

3. That Plaintiff O'Neill be awarded damages to compensate him for emotional pain and mental anguish?

   Answer "Yes" or "No": _____

   If your answer is "Yes," in what amount? $_____

4. If you enter an amount of compensatory damages, should punitive damages be entered against Rubin individually?

    Answer "Yes" or "No": _____

    If your answer is "Yes," in what amount? $_____

E. Liability to Plaintiff Daniel F. O'Neill (2007 promotion cycle)

Do you find by a preponderance of the evidence:

1. That Plaintiff O'Neill's race was a motivating factor in Defendant Rubin's failure to select O'Neill for promotion during the 2007 promotion cycle?

    Answer "Yes" or "No": *NO*

[NOTE: If you answered "No," do not answer Question Nos. 2, 3, or 4.]

2. That the denial of the promotion was the result of a "policy or custom" of the City of Atlanta?

    Answer "Yes" or "No": _____

3. That Plaintiff O'Neill be awarded damages to compensate him for emotional pain and mental anguish?

    Answer "Yes" or "No": _____

    If your answer is "Yes," in what amount? $_____

4. If you enter an amount of compensatory damages, should punitive damages be entered against Rubin individually?

    Answer "Yes" or "No": _____

If your answer is "Yes," in what amount?  $_____

SO SAY WE ALL.

_____
Foreperson
John Johnson

Dated: 26-Aug-2013